**FILED**

JUN 2 5 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD MCGILL,<br>      **Plaintiff,** | : | |
| v. | : | **Civ. No. 12-5690**<br>**and all related cases** |
| POLICE OFFICER THOMAS<br>**LICIARDELLO,** *individually and in his*<br>*official capacity*, **et al.,**<br>      **Defendants.** | : | *13-1904* |

## SCHEDULING ORDER

**AND NOW**, this 24th day of June, 2013, it is hereby **ORDERED** as follows:

1. Plaintiffs who have not yet filed related claims and wish to participate in these consolidated pretrial proceedings must do so by **October 1, 2013**. In light of this deadline, current counsel should sequence discovery to avoid redundancy.

2. Plaintiffs shall use a uniform "master complaint" for Monell claims brought against the City of Philadelphia, to the extent possible.

3. The Eastern District of Pennsylvania's standard order on e-discovery is adopted and incorporated by reference.

4. The Parties shall submit a joint Stipulation of Confidentiality by **July 15, 2013**. Such Stipulation shall comply with Pansy v. Borough of Stroudsburg, 23 F.3d 772 (3d Cir. 1994).

5. The Parties shall inform the Court in writing by **July 15, 2013**, of the status of any related state or federal investigations.

6. All discovery shall proceed and continue in such manner as will assure that all requests for, and responses to, discovery will be noticed, served, and completed no later than **June 2, 2014**.

1

7. Plaintiffs shall file expert reports as to liability and related disclosures by **September 1, 2014**, together with copies of all materials considered by any such expert(s). Defendants shall file their liability expert's response, and all related disclosures, by **October 31, 2014**, together with copies of all materials considered by any such expert(s). Plaintiffs shall file any rebuttal expert report and related disclosures by **December 15, 2014**, together with copies of all materials considered by any such rebuttal expert(s).

8. Should Defendants wish to file dispositive motions following the close of discovery, defense counsel shall first meet and confer with both lead and individual Plaintiffs' counsel. Following that meeting, counsel shall confer with me; I will set deadlines for dispositive motions and responses at that time.

9. I will set forth deadlines for submission of expert reports on damages after resolving any dispositive motions.

10. The Clerk of Court shall place this Order on the dockets of all actions with the flag "12-5690-PD" that have been assigned to me for pre-trial administrative purposes.

                                              **AND IT IS SO ORDERED.**

                                              */s/ Paul S. Diamond*

                                              _____

June 24, 2013                                        Paul S. Diamond, J.