07/15/2013 14:46 2157319908 KHL LAW PAGE 02/02
Case 2:13-cv-01904-MAK   Document 12   Filed 07/16/13   Page 1 of 1
Case 2:12-cv-05690-PD   Document 33   Filed 07/16/13   Page 1 of 1



**KRASNER HUGHES LONG**
ATTORNEYS

1221 Locust Street
The Tiger Building
Philadelphia, PA 19107

Tel. 215.731.9500
Fax. 215.731.9908

www.krasnerhugheslong.com

Lawrence S. Krasner
Evan T.L. Hughes
Lloyd Long, III
Brian M. Collins

Ronald Ervais, of counsel

July 15, 2013

**VIA FACSIMILE (267) 299-5069**
The Honorable Paul S. Diamond
United States Courthouse
Suite 6613
601 Market Street
Philadelphia, PA 19106

**FILED**
JUL 16 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

RE:   McGill v. Liciardello, et al.
      No.: 12-5690
      And related narcotics squad cases

Dear Judge Diamond:

After my initial letter to Your Honor, I was contacted by Armando Brigandi, attorney for defendant, City of Philadelphia. Mr. Brigandi has now changed his position and stated that the proposal submitted by attorney Jeffrey Scott and attorney Jeffrey Kolansky on behalf of the individual police officers is appropriate.

Also, I mistakenly dated my previously letter to Your Honor.

If Your Honor has any questions or concerns, please feel free to contact me.

Respectfully,

/s/
LLOYD LONG III, ESQUIRE

LL/tn
cc: Jeffrey M. Scott, Esquire (via email)
    Jeffrey M. Kolansky, Esquire (via email)
    Armando Brigandi, Esquire (via email)
    All Plaintiffs' Counsel on related cases (via email)

Krasner, Hughes, & Long, LLC